# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000
FAX: 212-530-5219

STACEY J. RAPPAPORT
PARTNER
DIRECT DIAL NUMBER
212-530-5347
FAX: 212-822-5347
E-MAIL: srappaport@milbank.com

| LOS ANGELES | BEIJING |
| 213-892-4000 | 8610-5969-2700 |
| FAX: 213-629-5063 | FAX: 8610-5969-2707 |
| WASHINGTON, D.C. | HONG KONG |
| 202-835-7500 | 852-2971-4888 |
| FAX: 202-835-7586 | FAX: 852-2840-0792 |
| LONDON | SINGAPORE |
| 44-20-7615-3000 | 65-6428-2400 |
| FAX: 44-20-7615-3100 | FAX: 65-6428-2500 |
| FRANKFURT | TOKYO |
| 49-69-71914-3400 | 813-5410-2801 |
| FAX: 49-69-71914-3500 | FAX: 813-5410-2891 |
| MUNICH | SÃO PAULO |
| 49-89-25559-3600 | 55-11-3927-7700 |
| FAX: 49-89-25559-3700 | |

September 4, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/13

**BY HAND DELIVERY**

Hon. Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

    Re:    Lehman Brothers Holdings Inc. v. United States of America
             Case No. 10 Civ. 6200 (RMB) (FM)

Dear Judge Berman:

    We represent Plaintiff-Intervenor, the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al.* (the "Committee"), in the above-referenced matter.

    Attorneys Andrew E. Tomback, Adrian C. Azer, and Grace M. Gilligan previously appeared on behalf of the Committee when they were associated with Milbank. They are no longer affiliated or associated with Milbank and no longer represent the Committee in this matter. Accordingly, we respectfully request that the aforementioned three attorneys be withdrawn from the case and their names removed from the ECF service list. The undersigned counsel and other attorneys at our firm will continue to represent the Committee in this matter.

**SO ORDERED:**

*/s/ Richard M. Berman*
RICHARD M. BERMAN U.S.D.J.
9/4/13

Respectfully,

*/s/ Stacey J. Rappaport*
Stacey J. Rappaport

Copies to:
    Noel Purcell and Michael Hopkins, Esq., on behalf of Official Committee of Unsecured
        Creditors of Lehman Brothers Holdings Inc., *et al* (by electronic mail)
    Rajiv Madan, counsel for Plaintiff (by electronic mail)
    Jean-David Barnea, counsel for Defendant (by electronic mail)