UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
LEHMAN BROTHERS HOLDINGS INC,  :

           Plaintiff,  :

      - against -  :

UNITED STATES OF AMERICA  :

           Defendant.  :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/13

10 Civ. 6200 (RMB) (FM)

**ADMINISTRATIVE ORDER**

      A conference in this matter concerning the Joint Pre-Trial Order ("JPTO"), dated July 10, 2013, and the March 31, 2014 trial is scheduled for October 3, 2013 at 9:30 a.m.

      Because the issues to be tried are clear and straightforward, the Court will have suggestions for (substantially) streamlining the JPTO and, consequently, the trial. One to three experts per side are likely all that we need, plus one to three fact witnesses (optional). The (direct) affidavits are usually 10-12 pages in length (double spaced). Cross and redirect should be able to be completed in no more than one trial day per side.

      The current JPTO, respectfully, overcomplicates the issue(s) which need to be resolved, namely whether Plaintiff overpaid its tax bill and is entitled to a refund. No written response to this Order is needed—we can discuss on October 3, 2013.

Dated: New York, New York
       September 19, 2013

*RMB*
_____
RICHARD M. BERMAN, U.S.D.J.