# BINGHAM

Kiara L. Rankin
Direct Phone: +1.202.373.6513
Direct Fax: +1.202.373.6001
kiara.rankin@bingham.com

October 21, 2013

**Via ECF**

Judge Richard M. Berman
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

*Re:   Lehman Brothers Holdings Inc. v. United States, No. 10-6200*

Dear Judge Berman:

We are writing to reschedule the October 3rd status conference that was cancelled due to the lapse of funding for the Federal government. The parties intend to make progress on their continuing settlement discussions this week, and we may be in a position to report at the next conference an alternative approach to resolving the case that we believe would be acceptable to the Court based on its prior guidance. We, therefore, propose to reschedule the status conference for either the morning of October 31 or the afternoon of November 4. If neither of these proposed times is convenient for the Court, the parties respectfully propose that they will contact Your Honor's Chambers to find another time that is convenient to the Court and all parties.

Respectfully,

*/s/ Kiara L. Rankin*


Kiara L. Rankin
Counsel for Plaintiff


cc:   Jean-David Barnea, Counsel for the Government
      James Nicholas Boeving, Counsel for the Government
      Amy Barcelo, Counsel for the Government
      Stacey J. Rappaport, Counsel for the Committee

Beijing
Boston
Frankfurt
Hartford
Hong Kong
Lexington (GSC)
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
2020 K Street NW
Washington, DC
20006-1806

T +1.202.373.6000
F +1.202.373.6001
bingham.com