USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Lehman Brothers Holdings, Inc.,

                Plaintiff,

   and

Official Committee of Unsecured
Creditors of Lehman Brothers
Holdings, Inc. et al.,

                Plaintiff-Intervenor

   -against-

United States of America,

                Defendant.
------------------------------------------------------------X

10 Civ. 6200 (RMB)

**ADMINISTRATIVE ORDER**

In their post-trial briefing, the parties should include the following:

(1) The economic purpose(s) of the stock loan transactions at issue in this case; and

(2) Each party should set forth clearly the plain meaning of Article 10(2)(a)(iii).

Dated: New York, New York
       October 8, 2014

_____
**RICHARD M. BERMAN, U.S.D.J.**