**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Lehman Brothers Holdings, Inc.,

                Plaintiff,

      -and-

Official Committee of Unsecured
Creditors of Lehman Brothers
Holdings, Inc. et al.,
                Plaintiff-Intervenor

      -against-

United States of America,
                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 05/08/2015

10 **CIVIL** 6200 (RMB)

<u>**JUDGMENT**</u>

On April 13, 2010, Plaintiff Lehman Brothers Holdings Inc. ("Lehman" or "Plaintiff"), a former broker-dealer currently in Chapter 11 proceedings in the United States Bankruptcy Court for the Southern District of New York, having filed a complaint against the United States of America ("Government" or "Defendant") alleging that the Internal Revenue Service ("IRS") wrongfully disallowed certain foreign tax credits ("FTCs") claimed by Lehman for tax years 1999 and 2000, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on May 8, 2015, having rendered its Decision & Order (Doc. #157) directing the Clerk of Court to enter judgment in favor of the Government and against Lehman; and further directing the Clerk of Court to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated May 8, 2015, judgment is entered in favor of the Government and against Lehman; accordingly, the case is closed.

**Dated:**  New York, New York
May 8, 2015

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**  *K. Mango*

**Deputy Clerk**